| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 5:19-PO-00026-JLT |
| | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | | (Doc. 8) |
| ELIOT W. LOW, | | |
| | Defendant. | |

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and John David Underwood, Attorney at Law, counsel for defendant Eliot Low, that the status conference currently scheduled for March 3, 2020, may be continued to April 7, 2020, at 9:00 a.m. The parties have reached a tentative agreement to resolve the case and request this brief continuance in order to finalize the formal terms of the revised agreement. The undersigned recently took over management of the United States Attorney's Office's misdemeanor unit, and needs additional time to research and consult with the Court regarding plea agreements such as the one proposed to the Court in this matter.

/ /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | | |
|---|---|---|
| Dated: February 27, 2020 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: February 27, 2020 | | /s/ John David Underwood<br>John David Underwood<br>Counsel for Defendant<br>ELIOT W. LOW<br>(Approved by email 2/27/2020) |

**ORDER**

The Court orders that the status conference currently scheduled for March 3, 2020, is continued to April 7, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**February 27, 2020**__            __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE