McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIOT W. LOW<br><br>Defendant. | Case No. 5:19-po-00026-JLT<br><br>MOTION AND ORDER FOR DISMISSAL (DOC. 11) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00026-JLT against ELIOT W. LOW, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 29, 2020                              Respectfully submitted,

                                                                        McGREGOR W. SCOTT
                                                                        United States Attorney

                                            By:    /s/ William B. Taylor
                                                          WILLIAM B. TAYLOR
                                                          Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:19-po-00026-JLT against ELIOT W. LOW be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __May 30, 2020__        _____/s/ Jennifer L. Thurston__
                              UNITED STATES MAGISTRATE JUDGE